IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-mj-01077-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIJIFREDO CHAPARRO

    Defendant.

---

## MINUTE ORDER

---

Pursuant to the directions of                                               Kathy Triplett, Deputy Clerk
Magistrate Judge Michael J. Watanabe                                             April 28, 2006

It is hereby ordered that defendant's Unopposed Motion to Change Surrender Date is granted. The defendant shall surrender to the U.S. District Court for the Eastern District of New York on May 23, 2006 at 2:00 p.m.